(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Western Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Breedlove, Kenneth L., | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Breedlove, Candie J. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all):  6420 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all):  0071 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1213 Wild Street<br>Sycamore, Illinois 60178 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1213 Wild Street<br>Sycamore, Illinois 60178 |
| County of Residence or of the<br>Principal Place of Business:   De Kalb | County of Residence or of the<br>Principal Place of Business:   De Kalb |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)       [ ] Railroad
- [ ] Corporation         [ ] Stockbroker
- [ ] Partnership         [ ] Commodity Broker
- [ ] Other _____       [ ] Clearing Bank

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business       [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7    [ ] Chapter 11    [✓] Chapter 13
- [ ] Chapter 9    [ ] Chapter 12

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-599 - 31415

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Kenneth L. Breedlove & Candie J. Breedlove |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: Chicago, Illinois | Case Number:<br>01 B 31228 | Date Filed:<br>9/6/01 |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Kenneth Breedlove*
Signature of Debtor

X *Candie Breedlove*
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

9-9-04
Date

X *[signature]*
Signature of Attorney

Signature of Attorney for Debtor(s)
RICHARD T. JONES  6184529
Printed Name of Attorney for Debtor(s)

Richard T. Jones
Firm Name
138 Cass Street
Address
Post Office Box 1693  Woodstock, Illinois 60098

(815) 334-8220
Telephone Number
9-9-04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *[signature]*   9-9-04
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re  Kenneth L. Breedlove & Candie J. Breedlove ,
                    Debtor

Case No. _____

Chapter   13

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $2,700.00.

2. The source of the compensation paid, or to be paid to me was the debtor.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date  9-4-04   Signature  _____
                                Richard T. Jones, Bar No.

Richard T. Jones
Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

Advance America
2694 DeKalb Ave.
Sycamore, Illinois 60178

AmeriCredit Financial Service
Bankruptcy Department
1100 W. Grove Pkwy, #101
Tempe, AZ 85283

Assoc. Pathologist of Joliet
330 Madison Street, #200A
Joliet, Illinois 60435

Aurora Anesthesia Assoc.
520 E. 22nd Street
Lombard, Illinois 60148

Capital One
1957 Westmoreland Road
Post Office Box 26094
Richmond, VA 23260-6094

Capital One
c/o Allied Interstate, Inc.
Post Office Box 361774
Columbus, OH 43236

Capital One
c/o Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714

Capital One
c/o Associates Recovery Sys.
201 West Grand Ave.
Escondido, CA 92025

Cash Store
1520 Sycamore Road
DeKalb, IL 60115

Danbury Mint
c/o Universal Fidelity Corp.
Post Office Box 941911
Houston, TX 77094

Delnor Community Hospital
c/o KCA
628 North Street
Geneva, IL 60134

Delnor Community Hospital
Post Office Box 71185
Chicago, Illinois 60694

First National Bank of Marin
585 Pilot Road
Las Vegas, NV 89119

High Risk Obstetrics
c/o Key Financial Services
Post Office Box 6216
Madison, WI 53716

Illinois Title Loans
2733-B Sycamore Road
DeKalb, Illinois 60155

Laboratory Physicians
Post Office Box 10200
Peoria, IL 61612

Nicor
Post Office Box 2020
Aurora, Illinois 60507-2020

Provena Mercy Center
1325 N. Highland Ave.
Aurora, Illinois 60506

Scholastic Books
c/o North Shore Agency
751 Summa Avenue
Westbury, NY 11590

Tri-City Radiology
9410 Compubill Drive
Orland Park, IL 60462

Verizon
BK Administration
404 Brock Drive
Bloomington, IL 61701

Victoria Secret
Post Office Box 659728
San Antonio, TX 78265

Victoria's Secret
c/o Van Ru Credit Corp.
1350 Touhy Ave., #300E
Des Plaines, IL 60018

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re  Kenneth L. Breedlove & Candie J. Breedlove  ,
                                   Debtor

Case No.  _____

Chapter  __13_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date  9-9-04                    Signature         _____
                                of Debtor         KENNETH L. BREEDLOVE

Date  9-9-04                    Signature         _____
                                of Joint Debtor   CANDIE J. BREEDLOVE

Richard T. Jones
Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229