# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KENNETH L. BREEDLOVE & CANDIE J. BREEDLOVE  Case Number: 04-74517
1213 WILD STREET  SSN-xxx-xx-6420 & xxx-xx-0071
SYCAMORE, IL  60178

Case filed on: 9/10/2004
Plan Confirmed on: 1/26/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,230.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSOCIATES RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | K.C.A. FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | COMPUTER CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | VICTORIA'S SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KENNETH L. BREEDLOVE | 0.00 | 0.00 | 25.16 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 25.16 | 0.00 |
| 001 | AMERICREDIT | 3,870.00 | 3,870.00 | 3,870.00 | 396.02 |
| 002 | ILLINOIS TITLE LOANS, INC | 1,142.40 | 1,142.40 | 1,142.40 | 0.00 |
|  | Total Secured | 5,012.40 | 5,012.40 | 5,012.40 | 396.02 |
| 001 | AMERICREDIT | 2,159.74 | 2,159.74 | 2,159.74 | 0.00 |
| 003 | ADVANCE AMERICA | 864.00 | 864.00 | 864.00 | 0.00 |
| 004 | ASSOC. PATHOLOGIST OF JOLIET | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AURORA ANESTHESIA ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COTTONWOOD FINANCIAL | 1,583.02 | 1,583.02 | 1,583.02 | 0.00 |
| 013 | DANBURY MINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 643.98 | 643.98 | 643.98 | 0.00 |
| 017 | HIGH RISK OBSTETRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LABORATORY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR | 390.73 | 390.73 | 390.73 | 0.00 |
| 020 | PROVENA MERCY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SCHOLASTIC BOOKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | TRI-CITY RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | AFNI/VERIZON | 446.02 | 446.02 | 446.02 | 0.00 |
| 026 | WORLD FINANCIAL NETWORK NATIONAL BANK | 538.66 | 538.66 | 538.66 | 0.00 |
|  | Total Unsecured | 6,626.15 | 6,626.15 | 6,626.15 | 0.00 |
|  | Grand Total: | 13,838.55 | 13,838.55 | 13,863.71 | 396.02 |

Total Paid Claimant:     $14,259.73
Trustee Allowance:       $970.27
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                    By  /s/Heather M. Fagan